# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM COLLECTIVE, INC., a California corporation;<br><br>      Plaintiff,<br><br>      vs.<br><br>MADEWELL, INC, a Delaware corporation; J. CREW, INC., a Delaware corporation; J. CREW GROUP, INC., a Delaware corporation; MAURICE MAX, INC. D/B/A LEE ANGEL., a New York Corporation; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. 2:15-cv-07871<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:    October 24, 2015<br>Original response date:  November 14, 2015<br>Current response date:  December 9, 2015<br>New response date:     December 14, 2015 |

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for DREAM COLLECTIVE, INC., ("Plaintiff") and MADEWELL, INC., J. CREW, INC., J. CREW GROUP, INC. and MAURICE MAX, INC. D/B/A LEE ANGEL ("Defendants") that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint dated October 7th, 2015 is extended through to December 14th. 2015

    IT IS FURTHER STIPULATED AND AGREED that Defendants hereby waive all defenses relating to personal jurisdiction, including, without limitation, in connection with defects in service, subject matter jurisdiction and venue and agrees not to make any motion to dismiss or contest this action on the basis of any such waived defense.

    IT IS FURTHER STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff and Defendants that PDF and facsimile signatures shall be deemed original signatures for all purposes under this Stipulation.

| | |
|---|---|
| Dated: December 8, 2015<br>       Los Angeles, California<br><br>**ERIKSON LAW GROUP**<br>*Attorneys for Plaintiff*<br><br>By: /s/ David Erikson<br>  **David A. Erikson**<br>  200 North Larchmont Boulevard<br>  Los Angeles, California 90004<br>  (323) 465-3100 | Dated: December 8, 2015<br>       New York, New York<br><br>**LAZARUS & LAZARUS, P.C.**<br>*Attorneys for Defendant Maurice Max, Inc.*<br><br>By:   /s/ Harlan M. Lazarus<br>  **Harlan M. Lazarus, Esq.**<br>  240 Madison Ave. 8th Fl<br>  New York, NY 10016.<br>  (212) 889-7400 |

Dated: December 8, 2015
       New York, New York

**COWAN LIEBOWITZ & LATMAN, P.C.**
*Attorneys for Defendant Madewell, Inc.,*
*J. Crew, Inc. and J. Crew Group, Inc.*


By:      /s/ Thomas Kjellberg
         Joel K. Schmidt, Esq
         Thomas J. Kjellberg, Esq.
         1133 Avenue of the Americas
         New York, New York 10036
         (212) 790-9244