ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
  david@daviderikson.com
S. Ryan Patterson (SBN 279474)
  ryan@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.317 b7

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DREAM COLLECTIVE, INC., a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MADEWELL, INC, a Delaware corporation; J. CREW, INC., a Delaware corporation; J. CREW GROUP, INC., a Delaware corporation; MAURICE MAX, INC. D/B/A LEE ANGEL., a New York Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-07871 RSWL-JPR<br>Hon. Ronald S. W. Lew<br><br>**EX PARTE APPLICATION TO EXTEND TIME TO RESPOND MORE THAN 30 DAYS PURSUANT TO STIPULATION**<br><br>[Proposed Order]<br><br>Complaint served:   October 24, 2015<br>Original response date:  November 14, 2015<br>Current response date:   December 14, 2015<br>New response date:   January 13, 2016 |

    Plaintiff Dream Collective, Inc. hereby applies to the Court ex parte for an Order extending time for Defendants Madewell, Inc., J. Crew, Inc., J. Crew Group, Inc., and Maurice Max, Inc. D/B/A Lee Angel (collectively "Defendants") to file answers to the Complaint. The Parties have agreed that such an ex parte request will be made to this Court, pursuant to the terms of the stipulation below, in order for the Parties to continue settlement discussions. The Parties have previously stipulated to two extensions of time, totaling 30 days. This further extension is

1
**Ex Parte Application**

1  necessary to allow additional time to prepare such pleading because the Parties
2  have been and continue to discussing settlement.
3       The Parties therefore respectfully request that the Court grant Defendants an
4  additional 30 days by which to file their answers to the Complaint.

6  DATED: December 14, 2015          ERIKSON LAW GROUP

                                    By:     /s/
                                       David Alden Erikson
                                       Attorneys for Plaintiff

**Stipulation To Extend Time for Defendants to File Answers**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for DREAM COLLECTIVE, INC., ("Plaintiff") and MADEWELL, INC., J. CREW, INC., J. CREW GROUP, INC. and MAURICE MAX, INC. D/B/A LEE ANGEL ("Defendants") that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint dated October 7th, 2015 is extended through to January 13th 2016

IT IS FURTHER STIPULATED AND AGREED that Defendants hereby waive all defenses relating to personal jurisdiction, including, without limitation, in connection with defects in service, subject matter jurisdiction and venue and agrees not to make any motion to dismiss or contest this action on the basis of any such waived defense.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff and Defendants that PDF and facsimile signatures shall be deemed original signatures for all purposes under this Stipulation.

| | |
|---|---|
| Dated: December 14, 2015<br>　　　Los Angeles, California | Dated: December 14, 2015<br>　　　New York, New York |
| **ERIKSON LAW GROUP**<br>*Attorneys for Plaintiff* | **LAZARUS & LAZARUS, P.C.**<br>*Attorneys for Defendant Maurice Max, Inc.* |
| By:  /s/ David Erikson_____<br>　　　David A. Erikson<br>　　　200 North Larchmont Boulevard<br>　　　Los Angeles, California 90004<br>　　　(323) 465-3100 | By:_ __/s/ Harlan M. Lazarus____<br>　　　Harlan M. Lazarus, Esq.<br>　　　240 Madison Ave. 8th Fl<br>　　　New York, NY 10016.<br>　　　(212) 889-7400 |

Dated: December 14, 2015
        New York, New York

**COWAN LIEBOWITZ & LATMAN, P.C.**
*Attorneys for Defendant Madewell, Inc.,*
*J. Crew, Inc. and J. Crew Group, Inc.*


By:    \_\_\_\_/s/ Thomas Kjellberg_____
        Joel K. Schmidt, Esq
        Thomas J. Kjellberg, Esq.
        1133 Avenue of the Americas
        New York, New York 10036
        (212) 790-9244