ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
  david@daviderikson.com
S. Ryan Patterson (SBN 279474)
  ryan@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.317 b7

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DREAM COLLECTIVE, INC., a California corporation;<br><br>   Plaintiff,<br><br>   vs.<br><br>MADEWELL, INC, a Delaware corporation; J. CREW, INC., a Delaware corporation; J. CREW GROUP, INC., a Delaware corporation; MAURICE MAX, INC. D/B/A LEE ANGEL., a New York Corporation; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 2:15-cv-07871 RSWL-JPR<br>Hon. Ronald S. W. Lew<br><br>**[PROPOSED] ORDER EX PARTE APPLICATION TO EXTEND TIME TO RESPOND MORE THAN 30 DAYS PURSUANT TO STIPULATION** |

**[PROPOSED] ORDER**

   GOOD CAUSE APPEARING THEREFOR, this Stipulation is hereby approved.

   ACCORDINGLY, IT IS HEREBY ORDERED THAT the deadline for Defendants Madewell, Inc.; J. Crew, Inc.; J. Crew Group, Inc.; and Maurice Max, Inc. D/B/A Lee Angel to file their answers to the Complaint in this matter is extended to January 13, 2016.

Dated: _____

                HONORABLE RONALD S. W. LEW
                U.S. DISTRICT COURT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**Stipulation**