1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

| | | |
|---|---|---|
| 11 | DREAM COLLECTIVE, INC., ) | CV 15-07871-RSWL-JPR |
| 12 | Plaintiff, ) | **ORDER** Re: *Ex Parte* Application to Extend |
| 13 | v. ) | Time to Respond More Than 30 Days Pursuant to |
| 14 | MADEWELL, INC., et al., ) | Stipulation [12] |
| 15 | Defendants. ) | |

18    Currently before the Court is Plaintiff Dream
19 Collective, Inc.'s ("Plaintiff") *Ex Parte* Application
20 to Extend Time to Respond More Than 30 Days Pursuant to
21 Stipulation [12] ("*Ex Parte* Application"), in which
22 Plaintiff requests an extension of time for Defendants
23 Madewell, Inc., J. Crew, Inc., J. Crew Group, Inc., and
24 Maurice Max, Inc. D/B/A Lee Angel (collectively
25 "Defendants") to file Answers to the Complaint so that
26 the parties may continue settlement discussions.  Pl.'s
27 *Ex Parte* Appl. 1:21-26.
28    Having reviewed all papers submitted pertaining to

the *Ex Parte* Application, the Court hereby **GRANTS** Plaintiff's *Ex Parte* Application.

    Although the Court grants Plaintiff's *Ex Parte* Application, it reminds Plaintiff that *ex parte* applications are for extraordinary relief.  The granting of an *ex parte* application is proper only if (1) the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures and (2) the moving party is "without fault in creating the crisis that requires ex parte relief, or that the crisis occurred as a result of excusable neglect."  <u>Mission Power Eng'g Co. v. Continental Cas. Co.</u>, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

    Plaintiff has failed to demonstrate that it is without fault in creating the present "crisis" requiring *ex parte* relief.  Plaintiff offers no explanation as to why it waited until the day of Defendants' response deadline to file the instant *Ex Parte* Application.  "Ex parte applications are not intended to save the day for parties who have failed to present requests when they should have."  <u>Mission Power Eng'g Co. v. Continental Cas. Co.</u>, 883 F. Supp. 488, 493 (C.D. Cal. 1995).  The Court advises Plaintiff against improperly seeking *ex parte* relief in the future.

    In any case, good cause appearing, the Court **GRANTS** Plaintiff's *Ex Parte* Application [12].

**IT IS HEREBY ORDERED** that the deadline for Defendants to file their Answers to the Complaint in this matter is extended to **January 13, 2016**.

**IT IS SO ORDERED.**

DATED: December 16, 2015

s/ RONALD S.W. LEW
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Court Judge