**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER |
|---|---|
| Plaintiff(s), v. Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

_____ of _____
*Applicant's Name (Last Name, First Name & Middle Initial)*

_____  _____
*Telephone Number*      *Fax Number*

_____              *Firm Name & Address*
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

_____
_____

*Name(s) of Party(ies) Represented*    ☐ Plaintiff   ☐ Defendant   ☐ Other: _____

**and designating as Local Counsel**

_____ of _____
*Designee's Name (Last Name, First Name & Middle Initial)*

_____  _____
*Designee's Cal. Bar Number*   *Telephone Number*

_____              *Firm Name & Address*
*Fax Number*

                                   *E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED, for failure to pay the required fee.**

**Dated** _____

                                    **U.S. District Judge/U.S. Magistrate Judge**