ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
  david@daviderikson.com
S. Ryan Patterson (SBN 279474)
  ryan@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.317 b7

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DREAM COLLECTIVE, INC., a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MADEWELL, INC, a Delaware corporation; J. CREW, INC., a Delaware corporation; J. CREW GROUP, INC., a Delaware corporation; MAURICE MAX, INC. D/B/A LEE ANGEL., a New York Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-07871 RSWL-JPR<br>Hon. Ronald S. W. Lew<br><br>**STIPULATION TO EXTEND TIME TO RESPOND MORE THAN 30 DAYS**<br><br>**[Proposed Order]**<br><br>Complaint served:   October 24, 2015<br>Original response date:  November 14, 2015<br>Current response date:   January 13, 2016<br>New response date:   January 27, 2016 |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for DREAM COLLECTIVE, INC., ("Plaintiff") and MADEWELL, INC., J. CREW, INC., J. CREW GROUP, INC. and MAURICE MAX, INC. D/B/A LEE ANGEL ("Defendants") that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint dated October 7th, 2015 is extended through to January 27th 2016. This extension is necessary as the parties are diligently pursuing amicable settlement, and require more time to agree on, and finalize settlement terms.

1  IT IS FURTHER STIPULATED AND AGREED that Defendants hereby waive all defenses relating to personal jurisdiction, including, without limitation, in connection with defects in service, subject matter jurisdiction and venue and agrees not to make any motion to dismiss or contest this action on the basis of any such waived defense.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff and Defendants that PDF and facsimile signatures shall be deemed original signatures for all purposes under this Stipulation.

Dated: January 12, 2016           Dated: January 12, 2016
     Los Angeles, California                New York, New York

**ERIKSON LAW GROUP**           **LAZARUS & LAZARUS, P.C.**
*Attorneys for Plaintiff*           *Attorneys for Defendant Maurice Max, Inc.*

By: _/s/ David A. Erikson_____           By: _/s/ Harlan M. Lazarus___
    David A. Erikson               Harlan M. Lazarus, Esq.
    200 North Larchmont Boulevard               240 Madison Ave. 8th Fl
    Los Angeles, California 90004               New York, NY 10016.
    (323) 465-3100               (212) 889-7400

Dated: January 12, 2016
     New York, New York

**COWAN LIEBOWITZ & LATMAN, P.C.**
*Attorneys for Defendant Madewell, Inc., J. Crew, Inc. and J. Crew Group, Inc.*

By: _/s/ Thomas Kjellberg___
    Thomas Kjellberg, Esq.
    1133 Avenue of the Americas
    New York, New York 10036
    (212) 790-9244