ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
 david@daviderikson.com
S. Ryan Patterson (SBN 279474)
 ryan@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.317 b7

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DREAM COLLECTIVE, INC., a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MADEWELL, INC, a Delaware corporation; J. CREW, INC., a Delaware corporation; J. CREW GROUP, INC., a Delaware corporation; MAURICE MAX, INC. D/B/A LEE ANGEL., a New York Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-07871 RSWL-JPR<br>Hon. Ronald S. W. Lew<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND MORE THAN 30 DAYS** |

# [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR, this Stipulation is hereby approved.

ACCORDINGLY, IT IS HEREBY ORDERED THAT the deadline for Defendants Madewell, Inc.; J. Crew, Inc.; J. Crew Group, Inc.; and Maurice Max, Inc. D/B/A Lee Angel to file their answers to the Complaint in this matter is extended to January 27, 2016.

Dated: _____

HONORABLE RONALD S. W. LEW
U.S. DISTRICT COURT JUDGE