JUDITH M. SASAKI (SBN 119442)
COLEMAN & HOROWITT, LLP
1880 Century Park East, #404
Los Angeles, CA 90067
Telephone: (310) 286-0233
Facsimile: (310) 203-3870

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DREAM COLLECTIVE, INC., a California corporation

Plaintiff(s)

v.

MADEWELL, INC, a Delaware corporation; J. CREW, INC., a Delaware corporation; J. CREW GROUP, INC., a Delaware corporation; MAURICE MAX, INC. D/B/A LEE ANGEL., a New York Corporation; and DOES 1 through 10, inclusive,

Defendant(s).

CASE NUMBER

2:15-cv-07871-RSWL-JPR

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kjellberg, Thomas
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 790-9200
*Telephone Number*

(212) 575-0671
*Fax Number*

txk@cll.com
*E-Mail Address*

of

Cowan Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

MADEWELL, INC., a Delaware corporation;  J. CREW, INC., a Delaware corporation; and

J. CREW GROUP, INC., a Delaware corporation

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff*  ☒ *Defendant*  ☐ *Other:*

**and designating as Local Counsel**

Sasaki, Judith M.
*Designee's Name (Last Name, First Name & Middle Initial)*

119442
*Designee's Cal. Bar Number*

(310) 286-0233
*Telephone Number*

(310) 203-3870
*Fax Number*

of

Coleman &  Horowitt, LLP
1880 Century Park East, #404
Los Angeles, CA 90067

*Firm Name & Address*

jsasaki@ch-law.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED, for failure to pay the required fee.**

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1