JUDITH M. SASAKI (SBN 119442)
COLEMAN & HOROWITZ, LLP
1880 Century Park East, #404
Los Angeles, CA 90067
Telephone: (310) 286-0233
Facsimile: (310) 203-3870

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DREAM COLLECTIVE, INC., a California corporation

Plaintiff(s)

v.

MADEWELL, INC., a Delaware corporation; J. CREW INC., a Delaware corporation; MAURICE MAX, INC. D/B/A/ LEE ANGEL., a New York corporation; and DOES 1 through 100

Defendant(s).

CASE NUMBER

2:15-cv-07871-RSWL-JPR

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE***

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Shimanoff, Eric J.
*Applicant=s Name (Last Name, First Name & Middle Initial)*

(212)790-9226       (212) 575-0651
*Telephone Number    Fax Number*

ejs@cll.com
*E-Mail Address*

COWAN LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

MADEWELL, INC., J. CREW GROUP, INC., and J. CREW, INC.

*Name(s) of Party(ies) Represented*    Plaintiff  X Defendant  Other:_____

and designating as Local Counsel

Sasaki, Judith M.
*Designee's Name (Last Name, First Name & Middle Initial)*

119442       (310) 286-0233
*Designee's Cal. Bar Number    Telephone Number*

(310) 203-3870
*Fax Number*

of  COLEMAN & HOROWITT. LLP
1880 Century Park East, #404
Los Angeles, CA 90067

*Firm Name & Address*

jsasaki@ch-law.com
*E-Mail Address*

hereby ORDERS the Application be:

G  GRANTED.
G  DENIED.  Fee shall be returned by the Clerk.
G  DENIED.  For failure to pay the required fee.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge