Name, Address and Telephone Number of Attorney(s):

Erikson Law Group
David Erikson, S. Ryan Patterson
200 N. Larchmont Blvd.
Los Angeles, CA 90004
(323) 465-3100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dream Collective, Inc.<br><br>v.<br>Plaintiff(s) | CASE NUMBER<br><br>15-cv-07871 RSWL-JPR |
| Madewell, Inc.; J. Crew, Inc.; J. Crew Group, Inc.; Maurice Max, Inc. d/b/a Lee Angel<br><br>Defendant(s). | REQUEST:<br>ADR PROCEDURE SELECTION |

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the
☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 3/1/16            /dae/

Attorney for Plaintiff  Dream Collective, Inc.

Dated:

Attorney for Plaintiff

Dated: 3/1/16

Attorney for Defendant Madewell, Inc.; J Crew, Inc.; J. Crew Group, Inc.

Dated:

Attorney for Defendant  Maurice Max, Inc.

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (01/12)            REQUEST: ADR PROCEDURE SELECTION            Page 1 of 1