Erikson Law Group
David Erikson, S. Ryan Patterson
200 N. Larchmont Blvd.
Los Angeles, CA 90004
(323) 465-3100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dream Collective, Inc.<br><br>Plaintiff(s)<br>v.<br><br>Madewell, Inc.; J. Crew, Inc.; J. Crew Group, Inc.;<br>Maurice Max, Inc. d/b/a Lee Angel<br><br>Defendant(s). | CASE NUMBER:<br><br>15-cv-07871 RSWL-JPR<br><br>STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR |

**CHECK ONLY ONE BOX:**

☐ The parties stipulate that _____ may serve as the Panel Mediator in the above-captioned case. Plaintiff has obtained the Panel Mediator's consent to conduct the mediation.

☑ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law: ___copyright___ and trademark law

Dated: 3/1/16          /dae/
                       Attorney For Plaintiff  Dream Collective, Inc.

Dated: _____
                       Attorney For Plaintiff  _____

Dated: 3/1/16          [signature]
                       Attorney For Defendant  Madewell, Inc.; J. Crew, Inc.;
                                               J. Crew Group, Inc

Dated: _____
                       Attorney For Defendant  Maurice Max, Inc.

Attorney for Plaintiff to electronically file original document.