UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:15-cv-07871-RSWL-JPRx | Date | March 7, 2016 |
|---|---|---|---|
| Title | Dream Collective, Inc. v. Madewell, Inc., et al. | | |

| Present: The Honorable | RONALD S.W. LEW, Senior U.S. District Judge | |
|---|---|---|
| Joseph Remigio | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        (IN CHAMBERS)

     The Scheduling Conference, set for March 15, 2016, at 10:00 a.m., is hereby advanced to this date and taken OFF-CALENDAR. No appearance necessary on March 15, 2016. The Court finds the matter suitable for decision without oral argument and sets the following dates:

| | | |
|---|---|---|
| Discovery Cut-Off: | 10-14-16 | |
| Expert Cut-Off: | 01-06-17 | |
| Motion Filing Cut-Off: | 02-24-17 | |
| Final Pretrial Conference: | 04-25-17 | , 10:00 am |
| Jury Trial (5 day est) : | 05-23-17 | , 9:00 am |

**NOTICE TO COUNSEL RE PREPARATION FOR TRIAL**

**MOTIONS IN LIMINE**: All motions in limine shall be filed no later than the date of the Final Pretrial Conference. Oppositions shall be filed no later than 7 days after the Final Pretrial Conference; and a reply, if any, shall be filed no later than 14 days after the Final Pretrial Conference. **If the dates set forth herein do not allow for timely briefing of Motions in Limine, the parties shall meet, confer, and make an appropriate filing regarding an alternate schedule for the Court's consideration.**

Initials of Deputy Clerk    JRE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-07871-RSWL-JPRx | Date | March 7, 2016 |
|---|---|---|---|
| Title | Dream Collective, Inc. v. Madewell, Inc., et al. | | |

**(CONTINUED FROM PAGE ONE)**

**EXHIBITS**: Counsel are to prepare their exhibits for presentation at trial by placing them in volumes which are tabbed down the front, right side with the exhibit numbers. These volumes are to be prepared in an original and one (1) copy for the Court. Each volume of exhibits shall be contained in a three-ring notebook. Exhibits must be numbered in accordance with Local Rules 11-5.2 and 11.5.3.

**THE COURT REQUIRES THAT THE FOLLOWING BE SUBMITTED TO THE COURT CLERK ON THE FIRST DAY OF TRIAL:**

The original exhibits with the Court's exhibit tags attached and filled out showing the case number, case name and exhibit number. (EXHIBIT TAGS MUST BE ON THE FRONT OF THE EXHIBIT AND MAY BE STAPLED TO AN EXHIBIT IF IT CANNOT BE GLUED ON).

1. Two bench books of the exhibits . The original bench book shall contain the original exhibits for use by the witness. The second bench book shall be for the Judge.

2. THREE COPIES OF THE JOINT EXHIBIT LIST

3. THREE COPIES OF THE WITNESS LIST.

In addition to hard copy submissions, parties must submit a copy of the proposed jury instructions in conformance with Local Rules 11-5.2 and 11.5.3 on disc in WordPerfect (.wpd) or MS Word (.doc/x) format, either on CD or via email to the courtroom deputy clerk by noon on the following business day of filing or hand delivered by counsel to the courtroom deputy clerk during trial.

Initials of Deputy Clerk     JRE