Diane Faber, Esq. / Diane Faber Mediation
9232 Airdrome St.
Los Angeles CA 90035
(310) 202-7272

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Dream Collective | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:15-cv-07871-RSWL-JPR |
| v. | |
| Madewell et al. | MEDIATION REPORT |
| Defendant(s). | |

**Instructions:** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☐ A mediation was held on (date): _____ .

   ☑ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☐ Appeared as required by Civil L.R. 16-15.5(b).

   ☐ Did not appear as required by Civil L.R. 16-15.5(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.
   ☐ Defendant or defendant's representative failed to appear.
   ☐ Other:

3. Did the case settle?
   ☑ Yes, fully, on  March 25, 2016   (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   _____ .

Dated: March 30, 2016

*Diane L. Faber*
Signature of Mediator

Diane Faber, Esq.
Name of Mediator (print)

The Mediator is to electronically file original document.