**ERIKSON LAW GROUP**
David Alden Erikson (SBN 189838)
 david@davidrikson.com
S. Ryan Patterson (SBN 279474)
 ryan@davidrikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff

**COWAN LIEBOWITZ & LATMAN, P.C.**
Eric Shimanoff, Esq. (admitted pro hac vice)
 ejs@cll.com
Thomas J. Kjellberg, Esq. (admitted pro hac vice)
 txk@cll.com
1133 Avenue of the Americas
New York, New York 10036
212.790.9244

Attorneys for Defendants Madewell, Inc., J. Crew, Inc. and J. Crew Group, Inc.

**LAZARUS & LAZARUS, P.C.**
Harlan M. Lazarus, Esq. (admitted pro hac vice)
 hlazarus@lazarusandlazarus.com
240 Madison Ave. 8th Fl.
New York, NY 10016
212.889.7400

Attorneys for Defendant Maurice Max, Inc. d/b/a Lee Angel

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DREAM COLLECTIVE, INC., a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MADEWELL, INC, a Delaware corporation; J. CREW, INC., a Delaware corporation; J. CREW GROUP, INC., a Delaware corporation; MAURICE MAX, INC. D/B/A LEE ANGEL., a New York Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 15-cv-07871 RSWL-JPR<br>Hon. Ronald S. W. Lew<br><br>**STIPULATED DISMISSAL** |

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) and without an award of costs or fees to any party.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff and Defendants that PDF, electronic and facsimile signatures shall be deemed original signatures for all purposes under this Stipulation.

**IT IS SO STIPULATED.**

Dated: September 1, 2016

ERIKSON LAW GROUP

/s/
David Alden Erikson
Attorneys for Plaintiff Dream Collective, Inc.

Dated: September 1, 2016

COWAN LIEBOWITZ & LATMAN

/s/
Eric J. Shimanoff
Attorneys for Defendants Madewell, Inc.;
J. Crew, Inc.; J. Crew Group, Inc.

Dated: September 1, 2016

LAZARUS & LAZARUS

/s/
Harlan M. Lazarus
Attorneys for Defendant Maurice Max, Inc.
d/b/a Lee Angel